**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE,
At Columbia

| | |
|---|---|
| STARLINK LOGISTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:12-cv-00011 |
| ) | Judge Aleta A. Trauger |
| ACC, LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Local Rule 7.01(b), Defendant ACC, LLC respectfully moves this Court for leave to file a reply brief in support of its Motions to Dismiss. A copy of the reply brief, which is less than nine pages in length, is lodged as an attachment to this motion. The reply addresses matters raised by Plaintiff's Response in Opposition to Defendant's Motion to Dismiss.

Respectfully submitted,

*C. David Briley*
Sharon O. Jacobs, BPR #14626
C. David Briley, BPR #18559
James E. Mackler, BPR #024855
BONE MCALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300 – telephone
(615) 238-6301 – telefax
sjacobs@bonelaw.com
dbriley@bonelaw.com
jmackler@bonelaw.com

and